**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-2386**

_____

KEITH A. COUSINS,

                    Petitioner - Appellant,

          v.

MOVIE GALLERY, INC., formerly doing business as Game Crazy,
formerly doing business as M.G. Midwest, formerly doing
business as M.G.A., Inc., formerly doing business as
Moovies, Inc., formerly doing business as Movie Gallery
Asset Management, Inc., formerly doing business as Movie
Gallery Finance, Inc., formerly doing business as M.G.A.
Realty 1, Inc., formerly doing business as Movie Gallery
Licensing, Inc., formerly doing business as Movie Gallery
Promotions, Inc., formerly doing business as Movie Gallery
Services, Inc., formerly doing business as Movie Gallery US,
Inc., formerly doing business as MovieGallery.com, Inc.,
formerly doing business as Video Library, Inc., formerly
doing business as Video Update, Inc.; HOLLYWOOD
ENTERTAINMENT CORPORATION; M.G. DIGITAL, LLC; M.G.A. REALTY
I, LLC; MG AUTOMATION LLC; MOVIE GALLERY US, LLC,

                    Respondents - Appellees.

_____

Appeal from the United States Bankruptcy Court for the Eastern
District of Virginia, at Richmond. Douglas O. Tice, Jr., Chief
Bankruptcy Judge. (07-33849)

_____

Submitted: November 18, 2010        Decided: December 13, 2010

_____

Before NIEMEYER, GREGORY, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

Romaine S. Scott, III, HASKELL SLAUGHTER YOUNG & REDIKER, LLC, Birmingham, Alabama, for Appellant. Michael A. Condyles, Peter J. Barrett, Jeremy S. Williams, KUTAK ROCK LLP, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith A. Cousins appeals from the bankruptcy court's orders holding him in contempt for filing a lawsuit in violation of the releases contained within the Order of Confirmation of the Appellees' Chapter 11 Bankruptcy Plan, and denying reconsideration of that order.[*] Our review of the record and the briefs filed by the parties discloses no reversible error. Accordingly, we affirm for the reasons stated by the bankruptcy court. <u>Cousins v. Movie Gallery, Inc.</u>, No. 07-33849 (Bankr. E.D. Va. Sept. 25 & Nov. 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] We previously granted the parties' petition for permission to appeal directly to this court from the bankruptcy court. <u>See</u> Fed. R. Bankr. P. 8001(f)(2)(B).